IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | No. CV-F-03-5287 REC/WMW |
| | ) | |
| | ) | ORDER STRIKING "PETITION FOR WRIT OF MANDATE/PROHIBITION" |
| Plaintiff, | ) | (Doc. 36) |
| vs. | ) | |
| A.K. SCRIBNER, et al., | ) | |
| Defendant. | ) | |

On March 8, 2006, Roderick Washington, proceeding <u>in pro per</u>, filed with this court in this action at "Petition for Writ of Mandate/Prohibition". Named as respondent is the United States District Court for the Eastern District of California. From the relief sought by this petition, it is apparent that the petition should have been filed in the Ninth Circuit Court of Appeals. Because this court cannot grant the relief sought by the petition and because the Eastern District of California is named as respondent, the court hereby strikes this petition and will not consider it further in resolving the above-captioned

1

1  action.

2  IT IS SO ORDERED.

3  **Dated:  March 14, 2006**                              **/s/ Robert E. Coyle**
   668554                                                  UNITED STATES DISTRICT JUDGE