IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

    Plaintiff,                                   CV F 03 5287 AWI WMW   P

    vs.                                            ORDER

A. K. SCRIBNER, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se in a civil rights action. Pending before the court is Plaintiff's July 21, 2005, second amended complaint.

    A review of the July 21, 2005, second amended complaint lodged with the court reveals that the amended complaint consists of a single page caption only. The court will provide plaintiff with an opportunity to file a third amended complaint. Should plaintiff fail to do so within thirty days, this action will proceed on the first amended complaint.

    Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order in which to file a third amended complaint.

IT IS SO ORDERED.

1

1  **Dated:**     **June 14, 2006**                    /s/  **William M. Wunderlich**
   j14hj0                                      UNITED STATES MAGISTRATE JUDGE