IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

        Plaintiff,        CV F 03 5287 LJO WMW P

  vs.                     ORDER RE MOTIONS (DOCS 46, 47, 49,)

DEPT. OF CORRECTIONS, et al.,

        Defendants.

      Plaintiff has filed a motion for change of venue, a motion for return of property, and a motion for a decision. On June 14, 2006, the court reviewed the second amended complaint, finding that it consisted of a single page caption only. Plaintiff was granted leave to file a third amended complaint. To date, Plaintiff has not filed a third amended complaint. Because there is no operative amended complaint, Plaintiff's motions are denied without prejudice.

      The court will provide Plaintiff with a further opportunity to file a third amended complaint. Plaintiff's failure to do so will result in an order reviewing the original complaint.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motions for change of venue, return of property and

1. **court review are denied.**
2. **2. Plaintiff is granted a thirty day extension of time in which to file a third amended complaint.**
3. IT IS SO ORDERED.
4. **Dated:   September 6, 2007**              /s/  **William M. Wunderlich**
   UNITED STATES MAGISTRATE JUDGE