IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

        Plaintiff,          CV F 03 5287 LJO WMW PC

   vs.                 ORDER RE MOTION (DOC 51)

A. K. SCRIBNER, et al.,

        Defendants.

    Plaintiff has filed a motion titled as a motion for a court decision.  Subsequently, the Court directed Plaintiff to file a third amended complaint, which was filed on October 17, 2007.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a court decision is denied.

IT IS SO ORDERED.

**Dated:   February 28, 2008**          /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE