IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

        Plaintiff,               1: 03 CV 5287 LJO WMW PC

    vs.                       ORDER

A. K. SCRIBNER, et al.,

        Defendants.

        On September 3, 2008, findings and recommendations were entered, recommending denial of Plaintiff's motion for injunctive relief.  On September 24, 2008, Plaintiff filed a notice of change of address.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The Clerk's Office is directed to re-serve the September 3, 2008, recommendation on Plaintiff.

        2.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

        IT IS SO ORDERED.

**Dated:**    **October 2, 2008**             /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE