IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

        Plaintiff,        1: 03 CV 5287 LJO WMW PC

    vs.                FINDINGS AND RECOMMENDATION
                          RE MOTION FOR INJUNCTIVE RELIEF (DOC 61)

A. K. SCRIBNER, et al.,

        Defendants.

        Plaintiff is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

        Plaintiff has filed a motion for a temporary restraining order.  Plaintiff seeks an order directing officials at Corcoran State Prison to provide him access to the law library.  Court records indicate that plaintiff is no longer incarcerated.  When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions.  See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request should be denied as moot.

        Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for a temporary restraining order be denied as moot.

1

1    These findings and recommendations are submitted to the United States District Judge

2    assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within

3    twenty days after being served with these findings and recommendations, plaintiff may file

4    written objections with the court.  Such a document should be captioned "Objections to

5    Magistrate Judge's Findings and Recommendations."  Plaintiff is  advised that failure to file

6    objections within the specified time waives all objections to the judge's findings of fact.  See

7    Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the

8    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

9    F.2d 1153 (9th Cir. 1991).

10

11   IT IS SO ORDERED.

12   **Dated:    September 3, 2008           /s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26