IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

    Plaintiff,

1: 03 CV 5287 LJO WMW PC

vs.

ORDER RE: FINDINGS &
RECOMMENDATIONS (#69)

A. K. SCRIBNER, et al.,

    Defendants.

        Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On October 6, 2008, findings and recommendations were entered, recommending denial of Plaintiff's motion for injunctive relief. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 6, 2008, are adopted in full; and

2. Plaintiff's motion for injunctive relief (document 61) is denied.

IT IS SO ORDERED.

Dated:  March 31, 2009              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE