IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>           Plaintiff,<br><br>   v.<br><br>A. K. SCRIBNER, et al.,<br><br>           Defendants. | NO. 1:03-cv-05287 LJO-GSA-PC<br><br>ORDER RE MOTIONS<br><br>(Docs. 85, 87 ) |

     Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     Plaintiff has filed motions seeking service of the third amended complaint. The third amended complaint is lengthy and complex. Plaintiff names over 60 defendants and sets forth approximately 90 pages of allegations. The court will address the third amended complaint in due course. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied.

     IT IS SO ORDERED.

    **Dated:**   **September 16, 2010**          **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE