IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD EARLY, et al.,<br><br>　　　　　Defendants.<br>_____ | NO. 1:03-cv-05287 LJO GSA-PC<br><br>ORDER DIRECTING PLAINTIFF TO<br>RESPOND TO COURT ORDER<br><br>RESPONSE DUE IN TWENTY DAYS |

　　　Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　In <u>Washington v. Early</u>, case number 1:03 cv 05263 LJO SMS PC, judgment was entered on March 2, 2011, dismissing that action, with prejudice, for Plaintiff's failure to obey the Court's order. Plaintiff was specifically directed to file a pretrial statement, and Plaintiff failed to do so. Court records indicate that orders in that case were sent to Plaintiff at his address of record.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall notify the Court, within twenty days of the date of service of this order, of his intent to proceed in this action. Plaintiff's failure to do so will result in an order to show cause why this action should not be dismissed for his failure to prosecute.

IT IS SO ORDERED.

**Dated:   March 15, 2011**                              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE