Case 1:03-cv-05287-LJO-GSA   Document 90   Filed 04/06/11   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>             Plaintiff,<br><br>   v.<br><br>A. K. SCRIBNER, et al.,<br><br>             Defendants. | NO. 1:03-cv-05287-LJO-GSA-PC<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**<br><br>**RESPONSE DUE IN TEN DAYS** |

     Plaintiff Roderick Washington, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2001, <u>Washington v. Early, et al.</u>, case number 1:03 cv 05263 LJO SMS PC, was dismissed for Plaintiff's failure to respond to the Court's order to show cause why this action should not be dismissed.

     On March 16, 2011, an order was entered in this case, directing Plaintiff to notify the Court within twenty days of his intention to proceed in this action. Plaintiff was cautioned that his failure to do so would result in an order to show cause why this action should not be dismissed for his failure to prosecute. Plaintiff has not filed a response to the order to show cause. Accordingly, IT IS HEREBY ORDERED that:

1. Within **ten calendar days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order and

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

     IT IS SO ORDERED.

Dated:     April 6, 2011                               /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE